September 20, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF C.Y.K.S., A CHILD

NO. 14-15-00554-CV

_____

This cause, an appeal from the order signed on May 28, 2015, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the order of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion. For good cause, we further order that all costs incurred by reason of this appeal be paid by appellee Shana Williams.  We further order this decision certified below for observance.